## Commonwealth ex rel. Allen *v.* Fitzgerald, Appellant.

Argued June 21, 1971. *Samuel Dashiell,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Leonard Goodman,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Judgment affirmed.

## Commonwealth ex rel. Benek *v.* Benek, Appellant.

Argued April 12, 1971. *Edward J. Tocci,* with him *Duplaga, Tocci & Palmieri,* for appellant; *Barris Siegel,* for appellee.

Order affirmed.